IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00011-SAB |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| BLAKE BRANDON, | |
| Defendant. | |

The United States, having arrested the defendant, Blake Brandon, on an arrest warrant, and the need for unsealing the criminal complaint having ceased;

IT IS ORDERED that the criminal complaint and arrest warrant shall be unsealed.

IT IS SO ORDERED.

Dated:   **January 23, 2026**   _____
STANLEY A. BOONE
United States Magistrate Judge

1